IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT ARMORY INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 2:23-cv-00350-JRG |
| | § | |
| SONY CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") filed by Plaintiff Patent Armory Inc. ("Plaintiff"). (Dkt. No. 6.) In the Notice, Plaintiff dismisses with prejudice all claims against Defendant Sony Corporation under Rule 41(a)(1)(A)(i). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So Ordered this

Jun 21, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE